UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-385-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAMES ARTHUR VALENTINE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Bank Robbery

<u>Date of Detention Hearing</u>:    November 16, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a lengthy criminal record that includes multiple failures to appear and warrant activity. It is apparent that he has a serious substance addiction and allegedly admits

DETENTION ORDER                                                                                             15.13
18 U.S.C. § 3142(i)                                                                                         Rev. 1/91
PAGE 1

to active heroin use at the time of his arrest. He has a history of absconding from supervision. He does not contest detention.

2. Defendant poses a risk of nonappearance due to a history of failing to comly with court orders and supervision, a history of absconding from supervision, substance abuse issues, no firm residence to which he can be released, association with alias identifiers, an unstable residence history and current unemployment. He poses a risk of danger due to the nature of the current offense, a history of failing to comply with supervision, substance abuse issues and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>16th</u> day of November, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 3