UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR07-385RSM |
| Plaintiff, ) | |
| ) | ORDER DENYING |
| v. ) | DEFENDANT'S REQUEST TO |
| ) | MODIFY THE CONDITIONS |
| JAMES ARTHUR VALENTINE, ) | OF DETENTION |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER comes before the Court upon a motion by the Defendant requesting that the Court revoke the detention order entered by the Magistrate Judge and set an immediate hearing to modify the conditions of detention.  After fully reviewing that motion, the record of the hearing before the Magistrate Judge, the affidavits submitted, the Magistrate Judge's Order of Detention, and the entirety of the records and files herein, the Court FINDS and RULES as follows:

1.    The defendant has been charged with one count of bank robbery, in violation of 18 U.S.C. § 2113(f).  The defendant was under surveillance by law enforcement authorities when he allegedly committed the robbery in question.  After his arrest he confessed to other robberies as well.

2.    The defendant appeared with counsel before the Hon. Mary Alice Theiler, U.S. Magistrate Judge, on November 16, 2007, for a detention hearing.  At that hearing the defendant stipulated to detention pending trial, however, he requested that he be immediately transferred to Harborview Hospital for treatment of a severe staph infection that left him with large wounds on both arms and his right leg.

ORDER DENYING DEFENDANT'S REQUEST
TO MODIFY CONDITIONS OF RELEASE - 1

3. The defendant had previously been at providence Hospital before being discharged into the custody of the U. S. Marshals. At the hospital he was given antibiotics for his staph infection and methadone for his heroin withdrawal.

4. At the detention hearing, the Magistrate Judge reviewed the defendant's medical records and also heard from the U.S. marshals regarding their understanding of the medical care that the defendant would be receiving while held at the Federal Detention Center (FDC).

5. The Magistrate Judge was ultimately satisfied that the defendant's medical condition could be adequately treated by medical staff at the FDC and ordered the defendant detained.

6. The defendant self reports that following his detention on November 16, that his condition has worsened and that he is in extreme pain. He requests that this Court modify the conditions of detention and either; (1) transfer him to a hospital, or (2) transfer him to the Community Corrections Center in Seattle, to be permitted leave solely for outpatient care at providence Everett medical Center until his infection resolves.

7. Nothing in this record shows any substantial change in the defendant's condition from the day he appeared before the Magistrate Judge. The medical staff at the FDC are properly trained to evaluate and treat the defendant's medical condition. If they determine that he needs additional help that can't be provided at the FDC, they will request that the marshals transport the defendant to a hospital.

8. Therefore, after reviewing all of the evidence presented, this Court DENIES the defendant's motion to modify the conditions of detention as requested.

DATED this 26 day of November, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT'S REQUEST
TO MODIFY CONDITIONS OF RELEASE - 2