JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-0385-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JAMES ARTHUR VALENTINE, | ) | |
| Defendant. | ) | |

The parties having moved for a continuation of the pretrial motions due date in this matter, and the Court having concluded that such a continuance should be ordered; now, therefore,

IT IS HEREBY ORDERED that the time within which to file pretrial motions is extended to January 4, 2008.

DONE this 3rd day of January, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Lynn C. Hartfield
Colorado Bar No. 28961
Attorney for James Valentine

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS DEADLINE
(*U.S. v. Valentine*; CR07-0385-RSM)   - 1 -

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100