01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,         )
                                      )   CASE NO. CR07-385-RSM
09        Plaintiff,                  )
                                      )
10     v.                             )   PROPOSED FINDINGS OF FACT
                                      )   AND DETERMINATION AS TO
11  JAMES VALENTINE                   )   ALLEGED VIOLATIONS OF
                                      )   SUPERVISED RELEASE
12        Defendant.                  )
    _____ )
13

14                                INTRODUCTION

15        I conducted a hearing on alleged violations of supervised release in this case on June 25,

16  2014.  The United States was represented by Tessa Gorman, and defendant was represented by

17  Jennifer Wellman.  The proceedings were digitally recorded.

18                           CONVICTION AND SENTENCE

19        Defendant had been convicted on or about August 1, 2008 on charges of bank robbery

20  and bank fraud.  The Hon. Ricardo S. Martinez sentenced defendant to 84 months in custody,

21  followed by five years of supervised release.

22        Defendant completed his term of imprisonment, and entered onto supervised release.

PROPOSED FINDINGS OF FACT &
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

On February 28, 2014, conditions were modified to include a Residential Re-Entry Center ("RRC") placement for up to 180 days.

On May 9, 2014, the court agreed to take no action when it was reported that defendant used spice and failed to participate satisfactorily in the RRC.

## ALLEDGED VIOLATIONS AND DEFENDANTS ADMISSIONS

In an application dated June 24, 2014, Frances L. Davis alleged that defendant violated the conditions of supervised release in three respects:

(1) Use of methamphetamine on or before June 20, 21, 22 and 23, 2014;

(2) Failure to report for urine testing on June 23, 2014; and

(3) Failure to attend chemical dependency treatment on or about June 22, 2014. (Due to an apparent typographical error, the charging documents recited "May 22" for this charge. The parties agree the correct date is June 22).

I advised defendant as to these alleged violations, and as to his constitutional rights. He admitted all three violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the three respects alleged, and conduct a disposition hearing. That hearing has been set for July 24, 2014 at 1:30 p.m. before Judge Martinez.

Defendant has been detained pending a final determination by the court.

///

///

DATED this 25th day of June, 2014.

s/ John L. Weinberg
United States Magistrate Judge

cc: Sentencing Judge       : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney : Tessa Gorman
    Defense Attorney       : Jennifer Wellman
    U.S. Probation Officer : Frances L. Davis

PROPOSED FINDINGS OF FACT &
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE -3